

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DOROTHY SMYLIE )
3420 LOMBARD )
BERWYN IL 60402 )
(Name of the plaintiff or plaintiffs) )
)
)
)
v. )
BERWYN NORTH SCHOOL D. 98 )
6633 16th ST )
BERWYN IL 60402 )
(Name of the defendant or defendants) )

CIVIL ACTION

1:18-cv-08450
Judge Edmond E. Chang
Magistrate Judge Young B. Kim

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is DOROTHY SMYLIE of the county of COOK in the state of ILLINOIS.

3. The defendant is SCHOOL DIST NORTH BERWYN, whose street address is 19730 GOVERNORS HWY, (city) FLOSSMOOR (county) COOK (state) IL (ZIP) 60422
(Defendant's telephone number) (708) – 484 – 6200

4. The plaintiff sought employment or was employed by the defendant at (street address)
6633 16th ST (city) BERWYN
(county) COOK (state) IL (ZIP code) 60402

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) *SEPT* , (day)_____, (year) *2014* .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check

   one box*] ☐ *has not*  filed a charge or charges against the defendant
   ☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month) *06* (day) *23* (year) *2017* .

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____
(day) _____ (year) _____.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐  the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☒  the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue,* which was received by the plaintiff on
(month)_O 9_____ (day)_27___ (year)_18____ a copy of which
*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only*
*those that apply*]:

(a)☐  Age (Age Discrimination Employment Act).

(b)☒  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☒ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☒ failed to reasonably accommodate the plaintiff's religion.

(e)☑ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was discriminated against because of my race I was physically abused, verbally abused, made fun of my religions. After reporting many times to office manager and her boss, nothing was done, the harrassment —

13. The facts supporting the plaintiff's claim of discrimination are as follows:

The fact is that only after I told them (office) that if they didn't investigate these women at the garage I would go to EEOC to report what was allowed at Dist 98. Only then did they then wanted me gone, so they (office manage) stated they would write me up, call me into the office on a daily basis. This intipide harrassment —
→ 13 A

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☒ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): REASONABLY ACCOMMODATE

SUFFERING AND PAIN -CAUSED-HARRASMENT-BULLING _lead to POOR HEATH
ANXIETIES (CHRONIC) MEDICATIONS-(DAILY) MIGRAINS-FATIGUE

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13A
13B

13A

Without let up. I complaint and instead to investigating I was told to return to work and even got scoled several times. I was yelled out, called out "Hood (gudie rat) niggar and was poked fun of after (day after) President Trump became president. I was hit with door of school bus, after reporting to office manager nothing happen. I was afraid to go to work. It became hostile enviroment. Every day, I was either called a nasty name of physically attacked. Drivers female would wait until I come down off my bus 6:30 AM then one would take turns running into me hitting me with their purse. Tell me because I am "one of Jehovah's Witnesses I don't have dinners or fun with my family, my religion is a cult and I don't participate in any holidays or birthdays because I am one of those Jehovah's."

Each day became intimidating and very hostile and offensive to work around, I stated missing days because the migrains were so bad I couldnt lift my head. Under the care for neurologist I had to take leave of absence. My heath was bad, I became fatigue and lim . I could not function with my family and they saw a tremenous change in my mental health and they were very concerned.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I STARTED HAVING PANIC ATTACKS DUE to FEARING HARRASSMENTS DAILY/DAY BY DAY - USED SOME PARENTS/FRIEDS to LIE ON ME THAT CAUSED ME TO BE CALLEN INTO OFFICE 2-4 TIMES AWEEK. THIS WENT ON for SEVERAL YEARS

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Dorothy Smylie_

(Plaintiff's name)

3420 LOMBARD

(Plaintiff's street address)

_____

_____

(City) BERWYN         (State) IL   (ZIP) 60402
(Plaintiff's telephone number) (708) – 288-2443

Date: 12/26/18

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Dorothy Smylie<br>3420 Lombard<br>Berwyn, IL 60402 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2017-01758 | Daniel Lim,<br>State & Local Coordinator | (312) 869-8082 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman/bc*

**Julianne Bowman,<br>District Director**

9/27/18

(Date Mailed)

Enclosures(s)

cc:

SCHOOL DIST NORTH BERWYN<br>c/o Eric Groksky, Esq.<br>Hauser Izzo, LLC<br>19730 Governors Hwy<br>Flossmoor, IL 60422

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 18W0711.10

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2018CF0075 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Dorothy Smylie | (708) 288-2443 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3420 Lombard | Berwyn, IL 60402 | MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area |
|---|---|---|
| Berwyn North School District 98 | | (708) 484-6200 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 6633 16th St. | Berwyn, IL 60402 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Race          Retaliation | Late 2014          06/23/17 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

S E E   A T T A C H E D

Page 1 of 4                                                                                          DCK

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 21st DAY OF July 2017

X _Donna M. Evans_
NOTARY SIGNATURE

OFFICIAL SEAL
DONNA M EVANS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/18
NOTARY STAMP

X _Dorothy Smylie_          7/21/17
SIGNATURE OF COMPLAINANT          DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

Charge Number:    2018CF0075
Complainant:  Dorothy Smylie
Page 2 of 4

I.    A.    ISSUES/BASIS
HARASSMENT- FROM LATE 2014 AND CONTINUING THROUGH JUNE 23, 2017, DUE TO MY RACE, BLACK.

B.    PRIMA FACIE ALLEGATIONS

1.    My race is black.

2.    I was hired in August 2013. My performance as a bus driver/monitor met Respondent's expectations.

3.    From late 2014 and continuing through to June 23, 2017, I was harassed by non-black bus drivers Janice, Madonna, Paula, Marisol, and Juanita on a daily basis. The harassment included:
- making false complaints against me and making parents do the same,
- threatening me,
- leaving me stranded,
- yelling at me,
- using derogatory language towards me,
- filing false police reports against me,
- and sitting in a group and talking about me in a different language

The harassment became physical when in February 2017 Madonna hit me with the door of the bus and in May 2017 when Paula blocked my exit and took an aggressive stance towards me in order to provoke a fight.

4.    From late 2014 and continuing through to June 23, 2017, I complained to various administrators and managers on at least 20 separate occasions, but nothing was ever done.

5.    This conduct created a hostile, intimidating, and offensive work environment which interfered with my ability to do my job.

II.    A.    ISSUES/BASIS
HARASSMENT- FROM LATE 2014 AND CONTINUING THROUGH JUNE 23, 2017, IN RETALIATION FOR HAVING OPPOSED UNLAWFUL DISCRIMINATION.

B.    PRIMA FACIE ALLEGATIONS

1.    I engaged in a protected activity in that from late 2014 and continuing through to June 23, 2017, I made a minimum of 20 internal complaints with Respondent regarding discriminatory treatment.

Charge Number:    2018CF0075
Complainant:  Dorothy Smylie
Page 3 of 4

2. From late 2014 and continuing through to June 23, 2017, I was harassed by non-black bus drivers Janice, Madonna, Paula, Marisol, and Juanita on a daily basis. The harassment included:

- making false complaints against me and making parents do the same,
- threatening me,
- leaving me stranded,
- yelling at me,
- using derogatory language towards me,
- filing false police reports against me,
- and sitting in a group and talking about me in a different language

The harassment became physical when in February 2017 Madonna hit me with the door of the bus and in May 2017 when Paula blocked my exit and took an aggressive stance towards me in order to provoke a fight.

3. The adverse actions closely followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

III.   A.   ISSUES/BASIS
WRITTEN REPRIMAND- FEBRUARY 24, 2017, DUE TO MY RACE, BLACK.

B.   PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I was hired in August 2013. My performance as a bus driver/monitor met Respondent's expectations.

3. On February 24, 2017, I was issued a written reprimand by Carmen Ayala (non-black), Superintendent, for behavior and performance.

4. Similarly situated non-black employees were not issued a written reprimand under similar circumstances.

IV.   A.   ISSUES/BASIS
WRITTEN REPRIMAND- FEBRUARY 24, 2017, IN RETALIATION FOR HAVING OPPOSED UNLAWFUL DISCRIMINATION

B.   PRIMA FACIE ALLEGATIONS

1. I engaged in a protected activity in that from late 2014 and continuing through to June 23, 2017, I made a minimum of 20 internal complaints with Respondent regarding discriminatory treatment.

Charge Number:   2018CF0075
Complainant:  Dorothy Smylie
Page 4 of 4

2.   On February 24, 2017, I was issued a written reprimand by Carmen Ayala (non-black), Superintendent, for behavior and performance.

3.   The adverse actions closely followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

V.   A.   ISSUES/BASIS
DISCHARGE- JUNE 23, 2017, DUE TO MY RACE, BLACK.

B.   PRIMA FACIE ALLEGATIONS

1.   My race is black.

2.   I was hired in August 2013. My performance as a bus driver/monitor met Respondent's expectations.

3.   On June 23, 2017, I was discharged by Respondent's Board for behavior and performance following a recommendation from Carmen Ayala (non-black), Superintendent.

4.   Similarly situated non-black employees were not discharged under similar circumstances.

VI.   A.   ISSUES/BASIS
DISCHARGE- JUNE 23, 2017, IN RETALIATION FOR HAVING OPPOSED UNLAWFUL DISCRIMINATION

B.   PRIMA FACIE ALLEGATIONS

1.   I engaged in a protected activity in that from late 2014 and continuing through to June 23, 2017, I made a minimum of 20 internal complaints with Respondent regarding discriminatory treatment.

2.   On June 23, 2017, I was discharged by Respondent's Board for behavior and performance following a recommendation from Carmen Ayala (non-black), Superintendent.

3.   The adverse actions closely followed my protected activity within such a period of time as to raise an inference of retaliatory motivation.

**RECEIVED**

DEC 2 6 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT